IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                                                  Criminal No. 2:25mj7

SADIE KNOTTS-HUDSON,

      **Defendant.**

## MOTION TO DETAIN

In view of the Probation Officer's petition in this matter, the United States moves to detain the defendant pursuant to 18 U.S.C. §3143(a)(1).

**DATED** this 27th day of June 2025.

    Respectfully submitted,

    RANDOLPH J. BERNARD
    Acting United States Attorney

    /s/ Stephen D. Warner
    Stephen D. Warner
    Assistant United States
    300 Third Street, Suite 300
    Elkins, WV 26241
    (304) 636-1739
    (304) 234-0110 (facsimile)